Honorable Ricardo S. Martinez

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON, AT SEATTLE

| | |
|---|---|
| MACHINISTS HEALTH AND WELFARE TRUST and WESTERN METAL INDUSTRY PENSION TRUST FUND,<br><br>                       Plaintiffs,<br><br>vs.<br><br>NORTHWEST FIRE SERVICE, INC., a Washington corporation,<br><br>                       Defendant. | CAUSE NO.: CV09-0659 RSM<br><br>ORDER FOR DEFAULT JUDGMENT |

Plaintiffs Machinists Health and Welfare Trust and Western Metal Industry Pension Trust Fund, (the Trust Funds) has moved the Court for Default Judgment against Defendant Northwest Fire Service, Inc., a Washington corporation, (the Employer).

**SUMMARY OF JUDGMENT**

1. Judgment Creditors:            Machinists Health and Welfare Trust and Western Metal Industry Pension Trust Fund,

2. Judgment Debtor:              Northwest Fire Service, Inc., a Washington corporation,

3. Contributions:                                                 $13,628.53
4. Liquidated Damages:                                  $1,362.89

ORDER FOR DEFAULT JUDG
CASE NO. CV09-0659 RSM - PAGE 1 OF 3

**EKMAN, BOHRER & THULIN, P.S.**
QUEEN ANNE SQUARE
220 WEST MERCER ST., SUITE 400
SEATTLE, WASHINGTON 98119
TELEPHONE (206) 282-8221
FAX (206) 285-4587

|   |   |   |
|---|---|---|
| 5. | Interest to Date of Judgment: | $3,766.42 |
| 6. | Costs: | $607.99 |
| 7. | Audit Fees | $1,049.75 |
| 8. | Attorney's Fees: | $1,754.05 |
| 9. | Post-Judgment Interest on Delinquent Contributions: | .36% per annum |
| 10. | Attorney for Judgment Creditor: | David L. Tuttle, WSBA No. 38728<br>EKMAN, BOHRER & THULIN, P.S. |

Pursuant to Plaintiff Trust Funds' Motion for an entry of Default Judgment against Defendant Employer and the Court having considered the pleadings on file, including the Order of Default entered on September 1, 2009, and otherwise being generally advised, it is hereby

**ORDERED** that Plaintiff Trust Funds be awarded a Default Judgment against Defendant Employer in the amount of $22,169.63 representing contributions covering the period September 2006 through May 2008 in the amount of $13,628.53, liquidated damages in the amount of $1,362.89, interest in the amount of $3,766.42, audit fees in the amount of $1,049.75; costs in the amount of $607.99, and attorney's fees in the amount of $1,754.05, for a total amount owing of $22,169.63.

**IT IS FURTHER ORDERED** that such Default Judgment is deemed a final judgment pursuant to FRCP 54(c) and there is no just reason for delay in entry of such judgment on Plaintiff Trust Funds' claims herein.

**IT IS FURTHER ORDERED** that this Judgment shall accrue interest on the total unpaid balance of delinquent contributions at the rate of .36% per annum, pursuant to the terms of the Trust Agreements to which Employer is bound.

DATED this 22nd day of October, 2009.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

EKMAN, BOHRER & THULIN, P.S.
QUEEN ANNE SQUARE
220 WEST MERCER ST., SUITE 400
SEATTLE, WASHINGTON 98119
TELEPHONE (206) 282-8221
FAX (206) 285-4587

Presented by:

s/David L. Tuttle
WSBA #38728
Ekman, Bohrer & Thulin, P.S.
220 W. Mercer, Ste. 400
Seattle, WA  98119
Telephone: (206) 282-8221
Fax: (206) 285-4587
E-mail: d.tuttle@ekmanbohrer.com
Attorney for Plaintiff Trust Funds

ORDER FOR DEFAULT JUDG
CASE NO. CV09-0659 RSM - PAGE 3 OF 3

**EKMAN, BOHRER & THULIN, P.S.**
QUEEN ANNE SQUARE
220 WEST MERCER ST., SUITE 400
SEATTLE, WASHINGTON 98119
TELEPHONE (206) 282-8221
FAX (206) 285-4587